# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

|  |  |
|---|---|
| REBECCA FAUST,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAY INSLEE,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:20-cv-05356-BHS |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

This matter is DISMISSED.

Dated this 21st day of September 2021.

Ravi Subramanian
Clerk

*s/Ann Duke*
Deputy Clerk